IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN T. TATUM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. BUCKLEY, et al.,<br><br>　　　　Defendants. | No. C 11-4864 LHK (PR)<br><br>ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE PROOFS OF SERVICE |

Plaintiff, a state prisoner proceeding *pro se*, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983. On December 21, 2011, the Court reviewed Plaintiff's complaint and determined that he alleged cognizable claims for relief. The Court further recognized that, because Plaintiff had paid the filing fee, he could not rely upon the United States Marshal for service upon the named Defendants. Plaintiff was directed to provide the Court with proofs of service of the summons and complaint on all the Defendants, or show good cause why they should not be dismissed.

On January 30, 2012, Plaintiff filed with the Court a motion for extension of time to file proofs of service. Plaintiff's motion is GRANTED. Plaintiff shall provide his proofs of service no later than **thirty days** from the filing date of this order. **Failure to comply or demonstrate good cause within thirty days from the filing date of this order, will result in dismissal of**

1. **the unserved Defendants.**
2.     IT IS SO ORDERED.
3. DATED: 2/6/12

                                              LUCY H. KOH
                                              United States District Judge