IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN T. TATUM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. BUCKLEY, et al.,<br><br>　　　　Defendants. | No. C 11-4864 LHK (PR)<br><br>ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE PROOFS OF SERVICE |

　　　　Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On December 21, 2011, the Court reviewed Plaintiff's complaint and determined that he alleged cognizable claims for relief. The Court further recognized that, because Plaintiff had paid the filing fee, he could not rely upon the United States Marshal for service upon the named Defendants. Plaintiff was directed to provide the Court with proofs of service of the summons and complaint on all the Defendants, or show good cause why they should not be dismissed. On January 30, 2012, Plaintiff filed with the Court a motion for extension of time to file proofs of service. Plaintiff's motion was granted.

　　　　On March 2, 2012, Plaintiff filed with the Court a second motion for extension of time to file proofs of service. Plaintiff's motion is GRANTED. Plaintiff shall provide his proofs of service no later than forty-five days from the filing date of this order. Failure to comply or demonstrate good cause will result in dismissal of the unserved Defendants.

　　　　IT IS SO ORDERED.

DATED:　3/14/12

　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

Order Directing Plaintiff to File Proofs of Service
G:\PRO-SE\SJ.LHK\CR.12\Tatum864psrv.wpd