IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IRVIN T. TATUM,**<br><br>Plaintiff,<br><br>v.<br><br>**C. BUCKLEY, et al.,**<br><br>Defendants. | Case No. C 11-4864 LHK (PR)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

    Defendants C. Buckley, J. Rush, B. Alkire, A. Perez, and P. Smith (Defendants) filed a request for an extension of time of sixty (60) days, up to and including March 11, 2013 to file a dispositive motion.

    The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendants' request for an extension of time is GRANTED, and the time for Defendants to file a dispositive motion is extended for sixty (60) days, through March 11, 2013. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served upon Defendants no later than twenty-eight (28) days from the date the dispositive motion is filed.

    / /

    / /

1

[Proposed] Order Granting Defs.' Mot. to Change Time to File Dispositive Mot. (C 11-4864 LHK (PR))

1  A reply brief shall be filed no later than fourteen (14) days after Plaintiff's opposition is
2  filed.
3  IT IS SO ORDERED
4
5  Dated: 1/9/13                                   *Lucy H. Koh*
                                                   The Honorable Lucy H. Koh

2

[Proposed] Order Granting Defs.' Mot. to Change Time to File Dispositive Mot. (C 11-4864 LHK (PR))